UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   07 CR 746 |
| v. ) | |
| ) | Nan R. Nolan |
| ARRIBA LEWIS and ) | |
| WILLIAM DAMIEN CARTER ) | |

### ORDER

It is hereby ORDERED that the Complaint, Affidavit, and Arrest Warrant in this matter, all dated November 13, 2007, are hereby SEALED until and including December 13, 2007, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

*[signature]*

NAN R. NOLAN
United States Magistrate Judge

Dated: November 13, 2007