## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746 - 1 | **DATE** | 11/13/07 |
| **CASE TITLE** | USA vs. Arriba Lewis | | |

**DOCKET ENTRY TEXT**

Warrant for arrest to issue as to Arriba Lewis.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|