UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
11-15-07
NOV 1 5 2007

MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 746 |
| v. | ) | |
| | ) | Judge Nan R. Nolan |
| ARRIBA LEWIS and | ) | |
| WILLIAM DAMIEN CARTER | ) | |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT, AFFIDAVIT, and ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court unseal the Criminal Complaint, Affidavit, and Arrest Warrants in this matter.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Barry Rand Elden

BARRY RAND ELDEN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-3540