Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746 - 1 & 2 | **DATE** | 11/15/07 |
| **CASE TITLE** | USA vs. Arriba Lewis & William Damien Carter | | |

**DOCKET ENTRY TEXT**

Enter order granting Government's motion to unseal complaint, affidavit and arrest warrant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|