UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ARRIBA LEWIS and )<br>WILLIAM DAMIEN CARTER ) | No.   07 CR 746<br><br>Judge Nan R. Nolan |

### ORDER

It is hereby ORDERED that the Complaint, Affidavit, and Arrest Warrant in this matter, all dated November 13, 2007, are hereby UNSEALED.

ENTER:

*Nan R. Nolan*

NAN R. NOLAN
United States Magistrate Judge

Dated: November 15, 2007