Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746 - 1 | **DATE** | 11/15/07 |
| **CASE TITLE** | USA vs. Arriba Lewis | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Arriba Lewis appears in response to arrest on 11/15/07. Defendant informed of his rights. Enter order appointing Michael J Falconer of the Federal Defender Program as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is ste for 11/20/07 at 3:00 p.m. Defendant shall remain in custody pending further order of Court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|