# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746 - 1 | **DATE** | 11/20/07 |
| **CASE TITLE** | USA vs. Arriba Lewis | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Defendant does not oppose detention at this time without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|