# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ARRIBA LEWIS

**WARRANT FOR ARREST**

**CASE NUMBER:** 07 CR 746

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ARRIBA LEWIS_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment   __Information   _x_ Complaint   __Order of court   __Violation Notice   __Probation Violation Petition

charging him or her with   (brief description of offense)

violation of Title 21, United States Code, Section 846, conspiring to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, namely, more than 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

**FILED**

NOV 2 7 2007
11-27-07
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Name of Issuing Officer

**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

Nan R. Nolan    11/13/07
Signature of Issuing Officer

Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED 11-13-07 | NAME AND TITLE OF ARRESTING OFFICER Task Force Officer Michael Parker | SIGNATURE OF ARRESTING OFFICER Michael Parker |
| DATE OF ARREST 11-14-07 | | |