## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746 - 1, 2 | **DATE** | 12/5/2007 |
| **CASE TITLE** | USA vs. Arriba Lewis, William Damien Carter | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendants pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 12/12/07. Pretrial motions are to be filed by 01/11/08. Responses to the pretrial motions are to be filed by 01/25/08. Status hearing set for 02/06/08 at 9:00 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 02/06/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objections. The defendants are to remain in custody until further order of the Court.

(X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|