## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 746- 1, 2 | **DATE** | 2/6/2008 |
| **CASE TITLE** | USA vs. Arriba Lewis, William Damien Carter | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 03/20/08 at 9:00 a.m. The Court was informed by the U.S. Marshal's office that defendant William Damien Carter refused to be brought over. In the interest of justice, the Government's oral motion to exclude time through and including 03/20/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The defendants are to remain in custody until further order of the Court. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|