# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 1:07–cr–00746
                                                           Honorable Samuel Der–Yeghiayan

Arriba Lewis, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan as to Defendants Arriba Lewis and William Damien Carter : Status hearing held and continued to 05/14/08 at 9:00 a.m. The Court was informed by the U.S. Marshal's office that defendant William Damien Carter once again refused to be brought over. Counsel for Defendant Carter is directed to meet with his client to advise him of the importance of appearing before the Court and that failure to appear may result in an order for his production. In the interest of justice, the Government's oral motion to exclude time through and including 05/14/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The defendants are to remain in custody until further order of the Court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.