UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


UNITED STATE OF AMERICA              )
                                     )
                                     )          07 Cr 746-1
              V.                     )
                                     )
ARRIBA LEWIS                         )


MOTION FOR APPROVAL OF EXPENDITURES


Arriba Lewis , by attorney Michael James Falconer, moves for advance approval of

expenditures.

1.    The Local Rules require that any CJA expenditure over $150 be first

      approved in advance by the Court.

2.    In this case, discovery has included 10 DVD discs and 9 cassette tapes.

      Although counsel for Lewis has copies, Mr. Lewis himself has not been able

      to review them. Counsel cannot spend the time to wait in the county jail

      while his client reviews the material. Neither can he prudently send his

      copies to the client. Thus, the need for copies.

3.    Counsel has consulted with IKON, a copying service which many lawyers use

      for court-related work. IKON will copy the discs for $20 per disc or $200.00

      and the cassettes for $12 per tape or $108. The total expenditure will be

      $308.00.

4.    Arriba Lewis needs this discovery to make an informed decision as to plea

or trial and to cooperate with counsel in the event of trial.

Wherefore, Arriba Lewis asks the Court to approve in advance $308.00 in copying costs.

Respectfully submitted,

/s/ Michael James Falconer,
An attorney for Arriba Lewis

Michael James Falconer
35 East Wacker Drive #650
Chicago, Il 60601
312.236.7177
mfalconer@prodigy.net