UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| ) | 07 Cr 746-1 |
| V. ) | |
| ) | |
| ARRIBA LEWIS ) | |

TO:   Barry Rand Elden, AUSA
      United States Attorney's Office
      219 S. Dearborn
      Chicago

NOTICE OF MOTION

    PLEASE TAKE NOTICE that on September 4, 2008, 2008 at 11:15 a.m. I will appear before the Honorable Samuel Der-Yeghiayan in the court room usually occupied by him [Room 1903] in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois or before such other judge who may be sitting in his place and then and there present MOTION FOR APPROVAL OF EXPENDITURES   .
.

_____

_____
/s/MICHAEL J. FALCONER

PROOF OF SERVICE BY MAIL

 The undersigned attorney certifies that a copy of the foregoing pleading was served upon the person to whom it is above directed

✓ by use of the court ECF system

☐ by placing same in the U.S. Mail at 35 East Wacker Drive, properly addressed with postage prepaid

☐ personal delivery

September 2, 2008

              _____
              /s/MICHAEL J. FALCONER

MICHAEL J. FALCONER
35 East Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 236-7177
mfalconer@prodigy.net