**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                        Case No.: 1:07−cr−00746

                                          Honorable Samuel Der−Yeghiayan

Arriba Lewis, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

        MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Arriba Lewis:
Change of plea hearing called. At the parties' request, status hearing set for 09/25/08 at
9:00 a.m. Defendant's motion for advance approval of expenditures in the amount of
$308.00 [39] is granted. In the interest of justice, the Government's oral motion to exclude
time through and including 09/25/08 is granted pursuant to 18 U.S.C. 3161(h)(8)(A)(B)
without objection. Defendant to remain in custody until further order of the Court. Mailed
notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.